IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM EVANS                                                                                                    PLAINTIFF

vs.                                              Civil No. 12-CV-4089

RON STOVALL, Sheriff
Miller County, Arkansas                                                                                     DEFENDANT

## ORDER

  Before the Court is the Report and Recommendation filed September 24, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9).  Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Local Rules and the Court's orders and that Plaintiff has failed to prosecute this action.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1)(C).  Upon review, the Court adopts the Report and Recommendation *in toto.*  Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

  **IT IS SO ORDERED**, this 16th day of October, 2013.

                    /s/ Susan O. Hickey
                    Susan O. Hickey
                    United States District Judge